AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

AMIRHOSSEIN REZAEE

*Plaintiff(s)*

v.

CHEX SYSTEMS, INC., and BANK OF AMERICA, N.A.

*Defendant(s)*

Civil Action No. 2:26-cv-6481 RGK (DSRx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHEX SYSTEMS, INC.
SERVE: CT Corporation System, R/A
330 N Brand Boulevard, Suite 700
Glendale, California 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig C. Marchiando, Esq.
Consumer Litigation Associates, P.C.
One Embarcadero Center, Suite 1200
San Francisco, California 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/22/2026

*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NUMBER<br>**Craig Marchiando SBN 1010769** **(757) 930-3660**<br>**Consumer Litigation Associates**<br>**763 J. Clyde Morris Boulevard 1-A**<br>**Newport News, VA 23601**<br>ATTORNEY FOR **Plaintiff** | FOR COURT USE ONLY |
|---|---|
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | |
| SHORT TITLE OF CASE:<br>Rezaee, Amirhossein v. Chex Systems, Inc., et al | |
| DATE: TIME: DEP./DIV. | CASE NUMBER:<br>2:26-CV-6481 |
| **Declaration of Service** | Ref. No. or File No:<br>0 |

**United States District Court**

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Standing Order, Order re: Motion for Summary Judgment, Notice of Assignment, Notice to Counsel Re: Consent to Proceed Before a US Magistrate Judge, Notice to Parties Court-Directed ADR Program**

On: **Chex Systems, Inc.**

I served the summons at:

**330 N Brand Blvd , Suite 700, Glendale, CA 91203**

On: **8/13/2026** Date: **11:18 AM**

In the above mentioned action by personally serving to and leaving with

**Angelica Bautista - Agent C.T. Corporation System**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **James P Sands**
b. Address: **21860 Burbank Blvd. #125, Woodland Hills, CA 91367**
c. Telephone number: **800-366-5445**
d. **The fee** for this service was: **142.50**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Proceed

**James P Sands** Date: **08/13/2026**