AUSTIN B. KENNEY (State Bar No. 242277)
austin.kenney@stinson.com
THOMAS S. VAN (State Bar No. 209632)
STINSON LLP
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: 949.442.7110
Facsimile: 949.442.7118

Attorneys for Defendant
BANK OF AMERICA, N.A. and
CHEX SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

AMIRHOSSEIN REZAEE,

Plaintiff,

v.

CHEX SYSTEMS, INC.; and BANK OF AMERICA, N.A,

Defendants.

Case No. 2:26-CV-06481-RGK-DSR

*Hon. R. Gary Klausner, Ctrm. 850*

**DEFENDANT BANK OF AMERICA, N.A.'S ANSWER TO COMPLAINT**

Action Filed: 06/15/2026

Defendant Bank of America, N.A. ("BANA") in Answer to the Complaint filed by Plaintiff Amirhossein Rezaee ("Plaintiff"), responds to each of Plaintiff's numbered allegations as follows, and denies all allegations except as expressly admitted below.

**PRELIMINARY STATEMENT**

1. Paragraph 1 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks sufficient information and knowledge to answer the allegations contained in this Paragraph, and on that basis denies them.

2. In response to Paragraph 2 of the Complaint, BANA denies that it inaccurately reported the account. BANA lacks information and knowledge sufficient to answer the remaining allegations, and on that basis denies them.

3. In response to Paragraph 3 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

4. In response to Paragraph 4 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations, and on that basis denies them.

5. In response to Paragraph 5 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations, and on that basis denies them.

6. In response to Paragraph 6 of the Complaint, BANA denies that it inaccurately reported the account. BANA lacks information and knowledge sufficient to answer the remaining allegations, and on that basis denies them.

7. In response to Paragraph 7, BANA admits that Plaintiff filed a small claims action and that the case was settled. BANA lacks information and knowledge sufficient to answer the remaining allegations, and on that basis denies them.

8. In response to Paragraph 8 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

9. BANA denies the allegations contained in Paragraph 9 of the Complaint.

10. Paragraph 10 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

**JURISDICTION AND VENUE**

11. Paragraph 11 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA does not challenge this Court's subject matter jurisdiction.

12. Paragraph 12 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

13. In response to Paragraph 13, BANA admits it that it is a national banking association registered to do business in California. The remainder contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer, and on that basis denies them.

14. In response to Paragraph 14, BANA does not challenge the venue for this case. The remainder contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer, and on that basis denies them.

**PARTIES**

15. In response to Paragraph 15 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

16. Paragraph 16 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks

information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

17. In response to Paragraph 17 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

18. In response to Paragraph 18, BANA admits that it is a national banking association registered to do business in California. BANA further admits that its registered agent in California is located at 330 N. Brand Blvd, Glendale, CA 91203. The remainder contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer, and on that basis denies them.

## FACTUAL ALLEGATIONS

19. Paragraph 19 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

20. Paragraph 20 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

21. Paragraph 21 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

22. Paragraph 22 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials.

To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

23. Paragraph 23 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

24. Paragraph 24 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

25. Paragraph 25 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

26. Paragraph 26 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

27. Paragraph 27 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

28. Paragraph 28 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

29. Paragraph 29 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

30. Paragraph 30 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

31. Paragraph 31 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

32. Paragraph 32 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

33. BANA denies the allegations contained in Paragraph 33 of the Complaint.

34. Paragraph 34 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis

denies them.

35. Paragraph 35 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

36. Paragraph 36 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

37. Paragraph 37 of the Complaint contains legal conclusions, quotations from case law, and/or statutory that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

38. Paragraph 38 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

39. Paragraph 39 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

40. Paragraph 40 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge

sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

**Plaintiff-Specific Factual Allegations**

41. In response to Paragraph 41, BANA admits that Plaintiff maintained an account with BANA. BANA lacks information and knowledge sufficient to answer the remaining allegations, and on that basis denies them.

42. In response to Paragraph 42, BANA admits that the account closed in March 2021. BANA lacks information and knowledge sufficient to answer the remaining allegations, and on that basis denies them.

43. In response to Paragraph 43 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

44. In response to Paragraph 44 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

45. In response to Paragraph 45 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

46. BANA denies the allegations in Paragraph 46 of the Complaint.

47. In response to Paragraph 47 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

48. BANA denies the allegations contained in Paragraph 48 of the Complaint.

49. BANA denies the allegations contained in Paragraph 49 of the Complaint.

50. In response to Paragraph 50 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and

on that basis denies them.

51. In response to Paragraph 51 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

52. In response to Paragraph 52 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

53. In response to Paragraph 53 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

54. BANA denies the allegations contained in Paragraph 54 of the Complaint.

55. In response to Paragraph 55 of the Complaint, BANA admits that the small claims action was filed. BANA lacks information and knowledge sufficient to answer the remaining allegations, and on that basis denies them.

56. In response to Paragraph 56, BANA admits that the small claims action was settled.

57. In response to Paragraph 57, the Release Agreement speaks for itself. To the extent the allegations in Paragraph 57 are inconsistent with the terms of the Release Agreement, BANA denies them.

58. In response to Paragraph 58, the Release Agreement speaks for itself. BANA denies the characterizations and legal conclusions in Paragraph 58.

59. In response to Paragraph 59, the Release Agreement speaks for itself. BANA denies the characterizations and legal conclusions in Paragraph 59.

60. In response to Paragraph 60, the Release Agreement speaks for itself.

61. In response to Paragraph 61 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

62. BANA denies the allegations contained in Paragraph 62 of the Complaint.

63. The Release Agreement speaks for itself. BANA denies the characterizations and legal conclusions in Paragraph 63.

64. BANA denies the allegations contained in Paragraph 64.

65. In response to Paragraph 65 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

66. In response to Paragraph 66 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

67. In response to Paragraph 67 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

68. In response to Paragraph 68 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

69. In response to Paragraph 69 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

70. BANA denies the allegations contained in Paragraph 70.

71. BANA denies the allegations contained in Paragraph 71.

72. Paragraph 72 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

73. Paragraph 73 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks

information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

74. Paragraph 74 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

75. In response to Paragraph 75 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

76. In response to Paragraph 76 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

77. In response to Paragraph 77 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

78. In response to Paragraph 78 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

79. In response to Paragraph 79, the Release Agreement speaks for itself. BANA denies that an agreement was "entered into" in "February 2023." To the extent the allegations in Paragraph 70 are inconsistent with the terms of the Release Agreement, BANA denies them.

80. BANA denies the allegations contained in Paragraph 80.

81. In response to Paragraph 81 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

82. BANA denies the allegations contained in Paragraph 82.

83. In response to Paragraph 83 of the Complaint, BANA lacks information

and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

84. BANA denies the allegations contained in Paragraph 84.

85. BANA denies the allegations contained in Paragraph 85.

**COUNT I**

**Violation of FCRA § 1681e(b) [Against Chex Systems]**

86–92. Plaintiff's Count I is not asserted against BANA, and thus responses to these allegations are not required. To the extent responses are required, BANA lacks information and knowledge sufficient to answer the allegations contained in these Paragraphs, and on that basis denies them.

**COUNT II**

**Violation of FCRA § 1681i(a) [Against Chex Systems]**

93–100. Plaintiff's Count II is not asserted against BANA, and thus responses to these allegations are not required. To the extent responses are required, BANA lacks information and knowledge sufficient to answer the allegations contained in these Paragraphs, and on that basis denies them.

**COUNT III**

**Violation of CCRAA § 1785.14 [Against Chex Systems]**

101–109. Plaintiff's Count III is not asserted against BANA, and thus responses to these allegations are not required. To the extent responses are required, BANA lacks information and knowledge sufficient to answer the allegations contained in these Paragraphs, and on that basis denies them.

**COUNT IV**

**Violation of CCRAA § 1785.16(a) [Against Chex Systems]**

110–116. Plaintiff's fourth cause of action is not asserted against BANA, and thus responses to these allegations are not required. To the extent responses are required, BANA lacks information and knowledge sufficient to answer the allegations contained in these Paragraphs, and on that basis denies them.

**COUNT V**

**Violation of FCRA § 1681s-2(b)(1)(A)–(B) [Against Bank of America]**

117. BANA incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

118. BANA denies the allegations contained in Paragraph 118.

119. BANA denies the allegations contained in Paragraph 119.

120. BANA denies the allegations contained in Paragraph 120.

121. BANA denies the allegations contained in Paragraph 121.

122. BANA denies the allegations contained in Paragraph 122.

**COUNT VI**

**Violation of FCRA § 1681s-2(b)(1)(C)–(D) [Against Bank of America]**

123. BANA incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

124. BANA denies the allegations contained in Paragraph 124.

125. BANA denies the allegations contained in Paragraph 125.

126. In response to Paragraph 126 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

127. BANA denies the allegations contained in Paragraph 127.

128. Paragraph 128 contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA denies them.

129. In response to Paragraph 129 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

130. In response to Paragraph 130 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

131. In response to Paragraph 131 of the Complaint, BANA lacks information

and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

132. BANA denies the allegations contained in Paragraph 132.

133. BANA denies the allegations contained in Paragraph 133.

**COUNT VII**

**Violation of FCRA § 1681s-2(b)(1)(E) [Against Bank of America]**

134. BANA incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

135. BANA denies the allegations contained in Paragraph 135.

136. BANA denies the allegations contained in Paragraph 136.

137. BANA denies the allegations contained in Paragraph 137.

138. BANA denies the allegations contained in Paragraph 138.

**COUNT VIII**

**Violation of CCRAA § 1785.25 [Against Bank of America]**

139. BANA incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

140. Paragraph 140 contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA denies them.

141. Paragraph 141 contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA denies them.

142. Paragraph 142 contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

143. Paragraph 143 contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA denies them.

144. BANA denies the allegations contained in Paragraph 144.

145. BANA denies the allegations contained in Paragraph 145.

146. BANA denies the allegations contained in Paragraph 146.

147. BANA denies the allegations contained in Paragraph 147.

148. BANA denies the allegations contained in Paragraph 148.

149. BANA denies the allegations contained in Paragraph 149.

150. BANA denies the allegations contained in Paragraph 150.

## COUNT IX

### Breach of Contract [Against Bank of America]

151. BANA incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

152. Paragraph 152 contains legal conclusions that do not require admissions or denials. To the extent a response is required, BANA states that the Release Agreement speaks for itself.

153. In response to Paragraph 153 of the Complaint, BANA states that the Release Agreement speaks for itself.

154. In response to Paragraph 154 of the Complaint, BANA lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

155. BANA denies the allegations in Paragraph 155.

156. BANA denies the allegations in Paragraph 156.

157. BANA denies the allegations in Paragraph 157.

158. BANA denies the allegations in Paragraph 158.

159. BANA denies the allegations in Paragraph 159.

## JURY DEMAND

BANA notes Plaintiff's jury demand and reserves all rights with respect thereto.

## PRAYER FOR RELIEF

To the extent that BANA must respond to Plaintiff's Prayer for Relief, BANA denies any liability to Plaintiff, denies that it committed any wrongful acts or

omissions, denies that Plaintiff has been damaged in any way, and denies that Plaintiff is entitled to any relief, including attorneys' fees and costs.

**AFFIRMATIVE DEFENSES**

Without assuming the burden of proof on any issue upon which it does not bear the burden, and without admitting that it has engaged in any wrongful conduct, BANA asserts the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

**(Indemnification)**

BANA is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom BANA had neither control nor responsibility.

**SECOND AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

Plaintiff failed to mitigate damages.

**THIRD AFFIRMATIVE DEFENSE**

**(Contributory/Comparative Fault)**

BANA is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by Plaintiff's own actions, and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by BANA.

**FOURTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

Any damages which Plaintiff may have suffered, which BANA continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

**FIFTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

BANA is informed and believes and thereon alleges that the claim for relief in

the Complaint herein is barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p and the Release Agreement referenced in the Complaint.

**SIXTH AFFIRMATIVE DEFENSE**

**(Independent Intervening Cause)**

BANA alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of BANA was not a proximate cause of the alleged injuries.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Laches)**

The claim for relief set forth in the Complaint is barred by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

**(Released Claims)**

Some or all of Plaintiff's claims may be barred by the Release Agreement referenced in the Complaint.

**TENTH AFFIRMATIVE DEFENSE**

**(Preemption)**

Any and all state and common law claims Plaintiff brings against BANA are preempted by the federal Fair Credit Reporting Act.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Punitive Damages Barred)**

Plaintiff's claim for punitive damages is barred or limited by the provisions of

15 U.S.C. § 1681n. Further, BANA adopts by reference the defenses, criteria, limitation, standards, and constitutional protections s mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Grp., Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003); *Phillip Morris USA v. Williams*, 127 S. Ct. 1057 (2007); *Exxon Shipping Co. v. Baker*, 168 S. Ct. 265 (2008).

**<u>TWELFTH AFFIRMATIVE DEFENSE</u>**

**(No Willful FCRA Violation)**

Plaintiff's claim that BANA committed willful violations of the Fair Credit Reporting Act is barred by the principles articulated in *Safeco Ins. Co. v. Burr*, 127 S. Ct. 2201 (2007).

**<u>THIRTEENTH AFFIRMATIVE DEFENSE</u>**

**(No Willful FCRA Violation)**

To the extent there was any violation of the FCRA, which BANA denies, BANA is not liable because at the time of the alleged violation BANA maintained reasonable procedures to comply with the provisions of these Acts. Any violations by BANA were unintentional and resulted despite the maintenance of procedures reasonably adapted to avoid such violations.

**<u>FOURTEENTH AFFIRMATIVE DEFENSE</u>**

**(Disputed Legal Issue)**

Plaintiff's claims under the FCRA and CCRAA fail because his dispute over the subject debt is a legal issue.

**<u>FIFTEENTH AFFIRMATIVE DEFENSE</u>**

**(No Recovery for Commercial Losses)**

Plaintiff's alleged commercial losses are not recoverable under the FCRA or CCRAA.

///

///

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Reported Information was Not Inaccurate)**

Because the information reported by BANA was not inaccurate, BANA cannot be liable under FCRA or CCRAA.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(No Private Right of Action)**

Plaintiff cannot assert claims for violation of 15 U.S.C. 1681s-2(a) against BANA since there is no private right of action for claims under the subsection against furnishers of credit. *Gorman v. Wolpoff & Abramson, LLP*, 584 F.3d 1147, 1154 (9th Cir. 2009).

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Reservation of Rights)**

BANA reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

**PRAYER FOR RELIEF**

WHEREFORE, BANA prays for judgment against Plaintiff as follows:

1. That Plaintiff takes nothing against BANA by way of the Complaint;
2. That judgment be entered in favor of BANA;
3. That the Court award BANA its costs of suit and reasonable attorney fees, if and allowed by law; and
4. That this Court award such further relief as it deems just and proper.

DATED: October 2, 2026 STINSON LLP

By: */s/ Thomas S. Van*
AUSTIN B. KENNEY
THOMAS S. VAN
Attorneys for Defendants
BANK OF AMERICA, N.A. and CHEX SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2026, I electronically filed the foregoing **DEFENDANT BANK OF AMERICA, N.A.'S ANSWER TO COMPLAINT** with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Craig C. Marchiando
Consumer Litigation Associates, P.C.
One Embarcadero Center
Suite 1200
San Francisco, CA 94111
757-930-3660
Email:Craig@clalegal.Com

Attorneys for Plaintiff

Chevalier Robertson
Chevalier Robertson