AUSTIN B. KENNEY (State Bar No. 242277)
austin.kenney@stinson.com
THOMAS S. VAN (State Bar No. 209632)
thomas.van@stinson.com
STINSON LLP
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: 949.442.7110
Facsimile: 949.442.7118

Attorneys for Defendants
BANK OF AMERICA, N.A.
and CHEX SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

AMIRHOSSEIN REZAEE,

Plaintiff,

v.

CHEX SYSTEMS, INC.; and BANK OF AMERICA, N.A,

Defendants.

Case No. 2:26-CV-06481-RGK-DSR

*Hon. R. Gary Klausner, Ctrm. 850*

**DEFENDANT BANK OF AMERICA, N.A.'S CERTIFICATE OF INTERESTED PARTIES**

Action Filed: June 15, 2026

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD**:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned, counsel of record for defendant Bank of America, N.A. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Bank of America, N.A. is wholly owned by BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings"). NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange. Bank of America has no parent company and no publicly held corporation owns more than 10% of Bank of America Corporation's shares.

Defendant Bank of America, N.A. reserves the right to supplement this disclosure as necessary.

DATED: October 1, 2026 STINSON LLP

By: */s/ Thomas S. Van*
AUSTIN B. KENNEY
THOMAS S. VAN
Attorneys for Defendants
BANK OF AMERICA, N.A. and CHEX SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2026, I electronically filed the foregoing **DEFENDANT BANK OF AMERICA, N.A.'S CERTIFICATE OF INTERESTED PARTIES** with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Craig C. Marchiando
Consumer Litigation Associates, P.C.
One Embarcadero Center
Suite 1200
San Francisco, CA 94111
757-930-3660
Email:Craig@clalegal.Com

Attorneys for Plaintiff

Chevalier Robertson

Chevalier Robertson