AUSTIN B. KENNEY (State Bar No. 242277)
austin.kenney@stinson.com
THOMAS S. VAN (State Bar No. 209632)
thomas.van@stinson.com
STINSON LLP
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: 949.442.7110
Facsimile: 949.442.7118

Attorneys for Defendants
BANK OF AMERICA, N.A.
and CHEX SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AMIRHOSSEIN REZAEE,<br><br>Plaintiff,<br><br>v.<br><br>CHEX SYSTEMS, INC.; and BANK OF AMERICA, N.A,<br><br>Defendants. | Case No. 2:26-CV-06481-RGK-DSR<br><br>*Hon. R. Gary Klausner, Ctrm. 850*<br><br>**DEFENDANT CHEX SYSTEMS, INC.'S ANSWER TO COMPLAINT**<br><br>Action Filed: June 15, 2026 |

Defendant Chex Systems, Inc. ("Chex") in Answer to the Complaint filed by Plaintiff Amirhossein Rezaee ("Plaintiff"), responds to each of Plaintiff's numbered allegations as follows, and denies all allegations except as expressly admitted below.

## PRELIMINARY STATEMENT

1. Paragraph 1 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

2. In response to Paragraph 2 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

3. In response to Paragraph 3 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

4. In response to Paragraph 4 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

5. In response to Paragraph 5 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

6. In response to Paragraph 6 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

7. In response to Paragraph 7 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

8. In response to Paragraph 8 of the Complaint, Chex denies the allegations that it violated any statute contained therein. Chex lacks information and

knowledge sufficient to answer the remaining allegations contained in this Paragraph, and on that basis denies them.

9. In response to Paragraph 9 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

10. Paragraph 10 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

## JURISDICTION AND VENUE

11. Paragraph 11 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex does not challenge this Court's subject matter jurisdiction.

12. Paragraph 12 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

13. In response to Paragraph 13, Chex admits it is registered to do business in California. The remainder contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer, and on that basis denies them.

14. In response to Paragraph 14, Chex does not challenge the venue for this case. The remainder contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer, and on that basis denies them.

///

///

///

## PARTIES

15. In response to Paragraph 15 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

16. Paragraph 16 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

17. In response to Paragraph 17 of the Complaint, Chex admits it is a Minnesota corporation registered to do business in California and that its registered agent in California is located at 330 N. Brand Blvd., Glendale, CA 91203. The remainder contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer, and on that basis denies them.

18. In response to Paragraph 18 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

## FACTUAL ALLEGATIONS

19. Paragraph 19 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

20. Paragraph 20 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

21. Paragraph 21 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

22. Paragraph 22 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

23. Paragraph 23 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

24. Paragraph 24 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

25. Paragraph 25 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

26. Paragraph 26 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge

sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

27. Paragraph 27 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

28. Paragraph 28 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

29. Paragraph 29 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

30. Paragraph 30 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

31. Paragraph 31 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

32. Paragraph 32 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge

sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

33. In response to Paragraph 33 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

34. Paragraph 34 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

35. Paragraph 35 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

36. Paragraph 36 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

37. Paragraph 37 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

38. Paragraph 38 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge

sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

39. Paragraph 39 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

40. Paragraph 40 of the Complaint contains legal conclusions, quotations from case law, and/or statutory provisions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

**Plaintiff-Specific Allegations**

41. In response to Paragraph 41 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

42. In response to Paragraph 42 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

43. In response to Paragraph 43 of the Complaint, Chex denies the allegations contained therein insofar as they allege that Chex reported inaccurately. Chex lacks information and knowledge sufficient to answer the remaining allegations contained in this Paragraph, and on that basis denies them.

44. In response to Paragraph 44 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

45. In response to Paragraph 45 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and

on that basis denies them.

46. In response to Paragraph 46 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

47. In response to Paragraph 47 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

48. In response to Paragraph 48 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

49. In response to Paragraph 49 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

50. In response to Paragraph 50 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

51. In response to Paragraph 51 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

52. In response to Paragraph 52 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

53. In response to Paragraph 53 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

54. In response to Paragraph 54 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

55. In response to Paragraph 55 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

56. In response to Paragraph 56 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

57. In response to Paragraph 57 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

58. In response to Paragraph 58 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

59. In response to Paragraph 59 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

60. In response to Paragraph 60 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

61. In response to Paragraph 61 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

62. In response to Paragraph 62 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

63. In response to Paragraph 63 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

///

64. In response to Paragraph 64 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

65. In response to Paragraph 65 of the Complaint, Chex lacks information and knowledge sufficient to answer the remaining allegations contained in this Paragraph, and on that basis denies them.

66. In response to Paragraph 66 of the Complaint, Chex admits that Plaintiff disputed information with Chex. Chex lacks information and knowledge sufficient to answer the remaining allegations contained in this Paragraph, and on that basis denies them.

67. In response to Paragraph 67 of the Complaint, Chex admits that Plaintiff disputed information with Chex and that Chex complied with all statutory requirements with respect to Plaintiff's dispute. Chex lacks information and knowledge sufficient to answer the remaining allegations contained in this Paragraph, and on that basis denies them.

68. In response to Paragraph 68 of the Complaint, Chex admits that it complied with all statutory requirements with respect to Plaintiff's dispute and the referenced "Consumer Disclosure Report" speaks for itself. Chex lacks information and knowledge sufficient to answer the remaining allegations contained in this Paragraph, and on that basis denies them.

69. Chex denies the allegations contained in Paragraph 69.

70. In response to Paragraph 70 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

71. Chex denies the allegations contained in Paragraph 71.

72. Paragraph 72 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this

Paragraph, and on that basis denies them.

73. Paragraph 73 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

74. Paragraph 74 of the Complaint contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

75. In response to Paragraph 75, Chex admits that it is a specialty consumer reporting agency. Chex lacks information and knowledge sufficient to answer the remaining allegations, and on that basis denies them.

76. In response to Paragraph 76 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

77. Chex denies the allegations contained in Paragraph 77.

78. Chex denies the allegations contained in Paragraph 78.

79. In response to Paragraph 79 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

80. In response to Paragraph 80 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

81. In response to Paragraph 81 of the Complaint, Chex admits that it complied with all statutory requirements with respect to Plaintiff's dispute. Chex lacks information and knowledge sufficient to answer the remaining allegations contained in this Paragraph, and on that basis denies them.

///

82. In response to Paragraph 82 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

83. In response to Paragraph 83 of the Complaint, Chex lacks information and knowledge sufficient to answer the allegations contained in this Paragraph, and on that basis denies them.

84. Chex denies the allegations contained in Paragraph 84.

85. Chex denies the allegations contained in Paragraph 85.

**COUNT I**

**Violation of FCRA § 1681e(b) [Against Chex Systems]**

86. Chex incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

87. Paragraph 87 contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex denies them.

88. Chex denies the allegations contained in Paragraph 88.

89. Chex denies the allegations contained in Paragraph 89.

90. Chex denies the allegations contained in Paragraph 90.

91. Chex denies the allegations contained in Paragraph 91.

92. Chex denies the allegations contained in Paragraph 92.

**COUNT II**

**Violation of FCRA § 1681i(a) [Against Chex Systems]**

93. Chex incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

94. Paragraph 94 contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex denies them.

95. In response to Paragraph 95, Chex admits that Plaintiff disputed information with Chex. Chex lacks information and knowledge sufficient to answer the remaining allegations, and on that basis denies them.

96. In response to Paragraph 96, Chex admits that Plaintiff disputed information with Chex and that Chex complied with all statutory requirements with respect to Plaintiff's dispute. Chex denies the remaining allegations.

97. Chex denies the allegations contained in Paragraph 97.

98. Chex denies the allegations contained in Paragraph 98.

99. Chex denies the allegations contained in Paragraph 99.

100. Chex denies the allegations contained in Paragraph 100.

**COUNT III**

**Violation of CCRAA § 1785.14 [Against Chex Systems]**

101. Chex incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

102. Paragraph 102 contains legal conclusions that do not require admissions or denials. To the extent a response is required, Chex denies them.

103. Chex denies the allegations contained in Paragraph 103.

104. Chex denies the allegations contained in Paragraph 104.

105. Chex denies the allegations contained in Paragraph 105.

106. Chex denies the allegations contained in Paragraph 106.

107. Chex denies the allegations contained in Paragraph 107.

108. Chex denies the allegations contained in Paragraph 108.

109. Chex denies the allegations contained in Paragraph 109.

**COUNT IV**

**Violation of CCRAA § 1785.16(a) [Against Chex Systems]**

110. Chex incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

111. Chex denies the allegations contained in Paragraph 111.

112. Chex denies the allegations contained in Paragraph 112.

113. Chex denies the allegations contained in Paragraph 113.

114. Chex denies the allegations contained in Paragraph 114.

115. Chex denies the allegations contained in Paragraph 115.

116. Chex denies the allegations contained in Paragraph 116.

**COUNT V**

**Violation of FCRA § 1681s-2(b)(1)(A)–(B) [Against Bank of America]**

117-122. Plaintiff's Count V is not asserted against Chex, and thus responses to those allegations are not required. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in those Paragraphs, and on that basis denies them.

**COUNT VI**

**Violation of FCRA § 1681s-2(b)(1)(C)–(D) [Against Bank of America]**

123-133. Plaintiff's Count VI is not asserted against Chex, and thus responses to those allegations are not required. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in those Paragraphs, and on that basis denies them.

**COUNT VII**

**Violation of FCRA § 1681s-2(b)(1)(E) [Against Bank of America]**

134-138. Plaintiff's Count VII is not asserted against Chex, and thus responses to those allegations are not required. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in those Paragraphs, and on that basis denies them.

**COUNT VIII**

**Violation of CCRAA § 1785.25 [Against Bank of America]**

139-150. Plaintiff's Count VIII is not asserted against Chex, and thus responses to those allegations are not required. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in those Paragraphs, and on that basis denies them.

///

///

## COUNT IX

**Breach of Contract [Against Bank of America]**

151-159. Plaintiff's Count IX is not asserted against Chex, and thus responses to those allegations are not required. To the extent a response is required, Chex lacks information and knowledge sufficient to answer the allegations contained in those Paragraphs, and on that basis denies them.

## JURY DEMAND

Chex notes Plaintiff's jury demand and reserves all rights with respect thereto.

## PRAYER FOR RELIEF

To the extent that Chex must respond to Plaintiff's Prayer for Relief, Chex denies any liability to Plaintiff, denies that it committed any wrongful acts or omissions, denies that Plaintiff has been damaged in any way, and denies that Plaintiff is entitled to any relief, including attorneys' fees and costs.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof on any issue upon which it does not bear the burden, and without admitting that it has engaged in any wrongful conduct, Chex asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

**(Indemnification)**

Chex is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom Chex had neither control nor responsibility.

### SECOND AFFIRMATIVE DEFENSE

**(Failure to Mitigate Damages)**

Chex is informed and believes and thereon alleges that Plaintiff failed to mitigate damages.

**THIRD AFFIRMATIVE DEFENSE**

**(Contributory/Comparative Fault)**

Chex is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by Plaintiff's own actions, and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Chex.

**FOURTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

Any damages which Plaintiff may have suffered, which Chex continues to deny, was the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

**FIFTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Chex is informed and believes and thereon alleges that the claim for relief in the Complaint herein is barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

**SIXTH AFFIRMATIVE DEFENSE**

**(Independent Intervening Cause)**

Chex alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Chex was not a proximate cause of the alleged injuries.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

///

**EIGHTH AFFIRMATIVE DEFENSE**

**(Laches)**

The claim for relief set forth in the Complaint is barred by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

**(Compliance with Laws)**

Chex is informed and believes and thereon alleges that the claim for relief in the Complaint herein is barred where Chex complied with all statutes and regulations.

**TENTH AFFIRMATIVE DEFENSE**

**(Preemption)**

Any and all state and common law claims Plaintiff brings against Chex are preempted by the federal Fair Credit Reporting Act.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Punitive Damages Barred)**

Plaintiff's claim for punitive damages is barred or limited by the provisions of 15 U.S.C. § 1681n. Further, Chex adopts by reference the defenses, criteria, limitation, standards, and constitutional protections as mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Grp., Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003); *Phillip Morris USA v. Williams*, 127 S. Ct. 1057 (2007); *Exxon Shipping Co. v. Baker*, 168 S. Ct. 265 (2008).

**TWELFTH AFFIRMATIVE DEFENSE**

**(No Willful FCRA Violation)**

Plaintiff's claim that Chex committed willful violations of the Fair Credit Reporting Act is barred by the principles articulated in *Safeco Ins. Co. v. Burr*, 127 S. Ct. 2201 (2007).

///

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(No Willful FCRA Violation)**

To the extent there was any violation of the FCRA, which Chex denies, Chex is not liable because at the time of the alleged violation Chex maintained reasonable procedures to comply with the provisions of these Acts. Any violations by Chex were unintentional and resulted despite the maintenance of procedures reasonably adapted to avoid such violations.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Disputed Legal Issue)**

Plaintiff's claims under the FCRA and CCRAA fail because his dispute over the subject debt is a legal issue.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(No Recovery for Commercial Losses)**

Plaintiff's alleged commercial losses are not recoverable under the FCRA or CCRAA.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Reported Information was Not Inaccurate)**

Because the information reported by Chex was not inaccurate, Chex cannot be liable under FCRA or CCRAA.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Reservation of Rights)**

Chex reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

**PRAYER FOR RELIEF**

WHEREFORE, Chex prays for judgment against Plaintiff as follows:

1. That Plaintiff takes nothing against Chex by way of the Complaint;
2. That judgment be entered in favor of Chex;

3. That the Court award Chex its costs of suit and reasonable attorney fees, if and allowed by law; and

4. That this Court award such further relief as it deems just and proper.

DATED: October 1, 2026

STINSON LLP

By: */s/ Thomas S. Van*

AUSTIN B. KENNEY
THOMAS S. VAN
Attorneys for Defendants
BANK OF AMERICA, N.A. and CHEX SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2026, I electronically filed the foregoing **DEFENDANT CHEX SYSTEMS, INC.'S ANSWER TO COMPLAINT** with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Craig C. Marchiando
Consumer Litigation Associates, P.C.
One Embarcadero Center
Suite 1200
San Francisco, CA 94111
757-930-3660
Email:Craig@clalegal.Com

Attorneys for Plaintiff

Chevalier Robertson

Chevalier Robertson