AUSTIN B. KENNEY (State Bar No. 242277)
austin.kenney@stinson.com
THOMAS S. VAN (State Bar No. 209632)
thomas.van@stinson.com
STINSON LLP
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: 949.442.7110
Facsimile: 949.442.7118

Attorneys for Defendants
BANK OF AMERICA, N.A.
and CHEX SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

AMIRHOSSEIN REZAEE,

Plaintiff,

v.

CHEX SYSTEMS, INC.; and BANK OF AMERICA, N.A,

Defendants.

Case No. 2:26-CV-06481-RGK-DSR
*Hon. R. Gary Klausner, Ctrm. 850*

**DEFENDANT CHEX SYSTEMS, INC.'S CERTIFICATE OF INTERESTED PARTIES**

Action Filed: June 15, 2026

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD**:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned, counsel of record for defendant Chex Systems, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Chex Systems, Inc. is a Minnesota corporation and a wholly-owned subsidiary of eFunds Corporation.

2. eFunds Corporation is a Delaware corporation and a wholly-owned subsidiary of Fidelity National Information Services, Inc. Fidelity National Information Services, Inc. is a publicly-held Georgia corporation that trades on the New York Stock Exchange under the symbol “FIS” and identifies the following entities owning more than 10% of its stock: The Vanguard Group.

Defendant Chex Systems, Inc. reserves the right to supplement this disclosure as necessary.

DATED: October 1, 2026 STINSON LLP

By: */s/ Thomas S. Van*
AUSTIN B. KENNEY
THOMAS S. VAN
Attorneys for Defendants
BANK OF AMERICA, N.A. and CHEX SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2026, I electronically filed the foregoing **DEFENDANT CHEX SYSTEMS, INC.'S CERTIFICATE OF INTERESTED PARTIES** with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Craig C. Marchiando
Consumer Litigation Associates, P.C.
One Embarcadero Center
Suite 1200
San Francisco, CA 94111
757-930-3660
Email:Craig@clalegal.Com

Attorneys for Plaintiff

Chevalier Robertson
Chevalier Robertson